

**SRE**
SECRETARÍA DE
RELACIONES
EXTERIORES

Consulado de México en McAllen

Número: 01933
Referencia: 730-12(MAC)132083; 730-12(MAC)132084
Asunto:



| LEYENDA DE CLASIFICACIÓN DE INFORMACIÓN CONFIDENCIAL | |
|---|---|
| UNIDAD ADMINISTRATIVA: | Consulado de México en McAllen, Texas. |
| FECHA DE CLASIFICACIÓN: | 8 de agosto de 2019 |
| FUNDAMENTO LEGAL: | LFT-AIPG-Art.-110,-113-y-115 |
| NOMBRE DEL TITULAR DE LA UNIDAD ADMINISTRATIVA: | Socorro G. Jorge Cholula Cónsul Encargada |

McAllen, Texas,
August 9th, 2019

David J. Bradley
Clerk of Court
United States District Court
Southern District of Texas McAllen Division

By mail: 1701 US-83 BUS, McAllen, Texas, 78501.

United States District Court Southern District of Texas McAllen Division, United States Marshal Services McAllen Division, and the Consulate of Mexico in McAllen, Texas, has been partners for many years. We appreciate the cooperative relationship and efforts your Office provides to us. This Consulate of Mexico makes reference to the case of Mr. CARLOS MENA PAREDES (USM#95929-479), and Mr. SILVANO SÁNCHEZ DE JESÚS (USM#95936-479), who were arrested on June 27th, 2019, in Hidalgo County, Texas, and are under the designation of material witness in case number #7:19-MJ-01520-1.

According to their testimony, they are the economic providers for their families in Mexico; therefore, since the Mexican Nationals are not contributing to the household economy, their relatives are at a disadvantage. In this sense and after consulting the Public Access to Court Electronic Records (PACER), this Consular Office has not found a hearing in order to take the deposition as a material witness to our fellow citizens.

For the above mentioned, the Consulate of Mexico respectfully requests your assistance to take their deposition on video at an earlier date.

This Consulate expresses its concern on this regard. At the same time, a written response to this matter at your earliest convenience will be highly appreciated.

**With best regards,**

**Socorro G. Jorge Cholula**
**Acting Consul of Mexico**

MEQ/slc

U.S. POSTAGE PAID
FCM LETTER
MCALLEN, TX
78501
AUG 12, 19
AMOUNT
$6.85
R2305H127405-14

CLERK U.S. DISTRICT COURT
RECEIVED
AUG 13 2019
SOUTHERN DIST. OF TEXAS
MCALLEN, TEXAS

7018 0360 0002 2391 7717

David J. Bradley
1701 US-83 BUS -
McAllen, Texas 78501

CONSULADO DE MEXICO
600 S. Broadway St.
McAllen, Texas 78501

RETURN RECEIPT
REQUESTED

78501\$5194 C015